# CRIMINAL MEMO

DATE: **8/9/07**         JUDGE: **GESNER**

START TIME: **11:07**   END TIME: **11:17**   REPORTER/**ER**: **FTR Gold**

AUSA: **TAMERA FINE**   DFDT ATTY: **JOSEPH BALTER, AFPD**

UNITED STATES OF AMERICA v. **JERRY BROWN, JR.**

DFDT'S AGE: _____    DATE OF BIRTH: _____

CRIMINAL NO. **JFM-01-0496**   NO. OF COUNTS: _____

- [X] Initial Appearance
- [ ] Arraignment
- [ ] Rearraignment
- [ ] Sentencing
- [ ] Bail Review Hearing
- [ ] Violation of Probation
- [ ] Violation of Supervised Release
- [ ] Detention Hearing
- [ ] Guideline Sentencing
- [ ] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [X] PETITION  **on Supervised Release**

Defendant **"ARRAIGNED"** and plead **"NOT GUILTY"** as to Count(s) _____

Defendant arraigned/rearraigned and plead **"GUILTY"** as to Count(s) _____,

NOT GUILTY as to Count(s) _____ which was/were accepted by the Court.

- [ ] Defendant found not to be in violation of probation/supervised release.
- [X] Defendant advised of charges, rights to silence and counsel.
- [X] Defendant appointed CJA as counsel Richard Bittner, Esq..

Remarks: _____

- [ ] Defendant detained pending detention hearing on _____ @ _____ a.m. / p.m.
- [ ] Medical Order for Treatment of Detainee entered.
- [ ] Order signed **"Setting"**/**"Modifying"** Conditions of Release.
- [X] Defendant detained by agreement.
- [ ] ____ Days for Motions. Motion to be filed by _____
- [ ] Trial-Bench/Jury ____ day(s). Trial week of _____
- [ ] Counsel advised to call/go to chambers for dates.
- [X] Probation Officer **Cynthia Pease**     Notice _____

Tape #: ____  Court Reporter: _____   Deputy Clerk: **S. Davis**

- [X] **Minute Entry entered by CRD.**
- [ ] **Minute Entry "*NOT*" entered by CRD.**

U.S. District Court (Rev. 12/1999) - Criminal Memo